UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH CONNAUGHTON, et al., <br>     Plaintiffs, <br> v. <br> FORD MOTOR COMPANY, et al., <br>     Defendants. | Case No. 3:17-cv-05712-EMC <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Lucy M. Koh for consideration of whether the case is related to 5:17-cv-05613-LHK Hyde et al v. Ford Motor Company.

**IT IS SO ORDERED.**

Dated: October 25, 2017

_____
EDWARD M. CHEN
United States District Judge