United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN ABEL,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 17-cv-05673-EJD<br><br>**ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is referred to the Honorable Lucy H. Koh for a determination as to whether the case is related to <u>Hyde et al. v Ford Motor Company</u>, 5:17-cv-05613-LHK.

**IT IS SO ORDERED.**

Dated: December 13, 2017

                                        EDWARD J. DAVILA
United States District Judge

Case No.: 17-cv-05673-EJD
REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP

1