UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. THEADE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 17-cv-05643-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| BETH E. SCHATZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 17-cv-05669-VC |
| DYANNA DAWN BECKER, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 17-cv-05765-VC |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to Judge Lucy H. Koh for consideration of whether the cases are related to *Hyde et al. v. Ford Motor Company*, No. 17-CV-05613.

　　　　**IT IS SO ORDERED.**

Dated: December 14, 2017

_____
VINCE CHHABRIA
United States District Judge