1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 CHARLES E MARTIN, ET AL.,

Plaintiffs,

8

v.

9

FORD MOTOR COMPANY, et al.,

10

Defendants.

11

Case No. 18-cv-00405-BLF

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

12

13

14      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

15 Honorable Lucy H. Koh for consideration of whether the case is related to *Hyde et al. v. Ford*

16 *Motor Company*, Case No. 17-CV-05613-LHK.

17

18      **IT IS SO ORDERED.**

19

20 Dated: January 31, 2018

21

_____

BETH LABSON FREEMAN

22 United States District Judge

23

24

25

26

27

28